UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE TUCKER,<br><br>           Plaintiff,<br><br>    v.<br><br>DAVE ELLIS and JANE DOE ELLIS, husband and wife and their marital community; and JOHN DOES I through X,<br><br>           Defendants. | CASE NO. C06-399RSM<br><br>ORDER GRANTING MOTION TO DISMISS |

      This matter is before the Court upon a motion to dismiss filed by the "Doe" defendants. Dkt. # 17. Although these defendants have never been named or identified, the state attorney general has appeared on their behalf because they are state employees. Plaintiff does not object to dismissal of the "Doe" defendants, but objects to dismissal of the action itself. However, plaintiff fails to explain how this action can remain pending when there are no defendants remaining. Default was entered against defendant Ellis on May 10, 2006.[1] Dkt. # 10. With the dismissal of the "Doe" defendants, the action

---

[1] Plaintiff never subsequently moved for entry of judgment of default against defendant Ellis.

ORDER GRANTING MOTION TO DISMISS - 1

1 itself must be dismissed.[2]

2       Accordingly, defendants' motion to dismiss is GRANTED, and this action is DISMISSED.

4       Dated this 14th day of February, 2007.

                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

---

[2] The Court note that after default was entered against defendant Ellis, plaintiff filed a parallel action in state court, naming the same defendants as are named here, together with the Washington State Department of Corrections. Dkt. # 18-3. The complaint arises from the same facts alleged here, and asserts similar, although not identical, causes of action.

ORDER GRANTING MOTION TO DISMISS - 2